IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br> *Plaintiff,*<br><br>v.<br><br>SANTANDER CONSUMER USA INC., *et al.*,<br><br> *Defendants.* | CIVIL ACTION NO.<br>5:23-cv-00035-TES |

**ORDER**

  The United States District Court for the District of Arizona transferred this case to the United States District Court for the Middle District of Georgia on January 27, 2023. [Doc. 52]; [Doc. 53]. Before the case was transferred, Defendant Santander Consumer USA Inc. filed a Motion for Sanctions [Doc. 43]. Plaintiff Anthony Oliver requested an extension of time to respond to Defendant's Motion. [Doc. 47]. In the Order [Doc. 52] transferring the case to this Court, the Arizona court granted Plaintiff's request for an extension of time, giving Plaintiff until March 8, 2023, to file his response. [Doc. 52, pp. 6–7].

  The Court honors the prior court's extension; therefore, Plaintiff must file any response to Defendant's Motion for Sanctions **on or before March 8, 2023**. Plaintiff is reminded that because this case was transferred, all future filings must be sent to this

Court at the following address:

> United States District Court
> for the Middle District of Georgia
> Post Office Box 128
> Macon, Georgia 31202

All filings must include this Court's assigned case number (listed above) and should comply with the Federal Rules of Civil Procedure and this Court's Local Rules.[1]

**SO ORDERED**, this 10th day of February, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] https://www.gamd.uscourts.gov/local-rules.