IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-70 |

**O R D E R**

Before the Court is a "Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bears its own costs, expenses, and attorneys' fees. (Doc. 78.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, (see docs. 43, 56, 63, 69, 70, 76, 77, 78), and to **CLOSE** this case.

**SO ORDERED**, this 16th day of May, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA